UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DEJUAN ROBINSON,

                    Plaintiff,                    Case No. 2:21-cv-71

v.                                                Honorable Paul L. Maloney

ERICA HUSS,

                    Defendant.

_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for

failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   May 11, 2021                          /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge